<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of New York

Case number (if known): _____      Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | The Everest Hotel Group, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | Quality Inn - Comfort Inn |
| 3. | Debtor's federal Employer Identification Number (EIN) | 1 1 – 3 7 4 2 2 0 6 |

4. Debtor's address

**Principal place of business**

7666-7662 State Route 434
Number        Street

C/O Amin Khan

Apalachin, NY 13732
City                          State      ZIP Code

Tioga
County

**Mailing address, if different from principal place of business**

753 Foster Valley Road
Number        Street

P.O. Box

Owego, NY 13827
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

5. Debtor's website (URL)    _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    The Everest Hotel Group, LLC _____    Case number *(if known)* _____
                Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    7    2    1    1

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐  Chapter 7

☐  Chapter 9

☑  Chapter 11. *Check all that apply:*

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                          MM / DD / YYYY

            District _____  When _____  Case number _____
                                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

            District _____  When _____
                                                    MM / DD / YYYY

            Case number, if known _____

Debtor    The Everest Hotel Group, LLC _____    Case number *(if known)* _____
       Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

      Number    Street

      _____

      City            State   ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency  _____

             Contact name    _____

             Phone          _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000

☐ 100-199  ☐ 200-999    ☐ 10,001-25,000        ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000      ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion

☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion

| Debtor | The Everest Hotel Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## ▮ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/01/2020
          MM/ DD/ YYYY

X  /s/ Khanzada Amin Khan                          Khanzada Amin Khan
   Signature of authorized representative of debtor     Printed name

Title      Sole & Managing Member

**18. Signature of attorney**

X      /s/ Wendy A Kinsella                    Date  12/01/2020
   Signature of attorney for debtor                  MM/ DD/ YYYY

   Wendy A Kinsella
   Printed name

   Harris Beach PLLC
   Firm name

   333 W. Washington Street
   Number       Street

   Syracuse                               NY        13202
   City                                   State     ZIP Code

   (315) 214-2012                         wkinsella@harrisbeach.com
   Contact phone                          Email address

   508699                                 NY
   Bar number                             State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | The Everest Hotel Group, LLC |
| United States Bankruptcy Court for the: | Northern District of New York |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**

   _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1 Tioga State Bank | Checking account | 2816 | $265.46 |

4. **Other cash equivalents** *(Identify all)*

   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $265.46

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   **None**

Debtor    **The Everest Hotel Group, LLC**                                         Case number *(if known)* _____
_____
Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.          _____ $0.00

---

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**
     ☑ No. Go to Part 4.
     ☐ Yes. Fill in the information below.

                                                                              **Current value of debtor's interest**

11.  **Accounts Receivable**

     11a. 90 days old or less:   _____ - _____ = ...... →   _____
                                 face amount        doubtful or uncollectible accounts

     11b. Over 90 days old:      _____ - _____ = ...... →   _____
                                 face amount        doubtful or uncollectible accounts

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.          _____ $0.00

---

## Part 4:  Investments

13.  **Does the debtor own any investments?**
     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                                    **Valuation method used for current value**    **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock:

     **None**

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of fund or stock:                                        % of ownership:

     **None**

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

Debtor    **The Everest Hotel Group, LLC**                                    Case number *(if known)* _____
       Name

    **None**

17.  **Total of Part 4**
      Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.          **$0.00**

---

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

    **None**

20.  **Work in progress**

    **None**

21.  **Finished goods, including goods held for resale**

    **None**

22.  **Other inventory or supplies**

    **None**

23.  **Total of Part 5**
      Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.          **$0.00**

24.  **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

Debtor    **The Everest Hotel Group, LLC** _____    Case number *(if known)* _____
            Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

    **None**

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

30. **Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

31. **Farm and fishing supplies, chemicals, and feed**

    **None**

32. **Other farming and fishing-related property not already listed in Part 6**

    **None**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                                                $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

Debtor    **The Everest Hotel Group, LLC**                                           Case number *(if known)* _____
           Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **Sixty-three (63) Table Lamps** | (Unknown) | | (Unknown) |
| **Additional Page Total** - *See continuation page for additional entries* | | | $0.00 |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Four (4) Fitness Machines** | (Unknown) | | (Unknown) |
| **Additional Page Total** - *See continuation page for additional entries* | | | $0.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $0.00 |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

☑ No

☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No

☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |

Debtor    **The Everest Hotel Group, LLC**                                     Case number *(if known)*
_____
Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   **None**

49. **Aircraft and accessories**

   **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   **None**

51. **Total of Part 8**
   Add lines 47 through 50. Copy the total to line 87.                                              $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 9:  Real Property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| 55.1 Two (2) Hotels plus land under restaurant | Sole Owner | (Unknown) | | $2,550,000.00 |

56. **Total of Part 9**
   Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.              $2,550,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    **The Everest Hotel Group, LLC**                                    Case number *(if known)* _____
_____
Name

---

**Part 10:    Intangibles and Intellectual Property**

---

59.  **Does the debtor have any interests in intangibles or intellectual property?**
 ☐ No. Go to Part 11.
 ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  Patents, copyrights, trademarks, and trade secrets

 None

61.  Internet domain names and websites

 None

62.  Licenses, franchises, and royalties

 None

63.  Customer lists, mailing lists, or other compilations

| 63.1  Customer lists | (Unknown) | | (Unknown) |
|---|---|---|---|

64.  Other intangibles, or intellectual property

 None

65.  Goodwill

 None

66.  **Total of Part 10**
 Add lines 60 through 65. Copy the total to line 89.                                                    $0.00
 _____

67.  **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
 ☐ No
 ☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
 ☑ No
 ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
 ☑ No
 ☐ Yes

---

**Part 11:    All other assets**

---

Debtor    **The Everest Hotel Group, LLC**_____    Case number *(if known)* _____
          Name

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                                                                    $0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **The Everest Hotel Group, LLC**                                         Case number *(if known)* _____
                Name

---

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $265.46 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*.......................................................... | → | $2,550,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column...... 91a. | $265.46 | + 91b. $2,550,000.00 |
| 92. Total of all property on Schedule A/B. Lines 91a + 91b = 92 .................................................................... | | $2,550,265.46 |

Debtor    **The Everest Hotel Group, LLC**                                    Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| ▮ | **Additional Page** | | |

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture - *Continued*** | | | |
| 39.2  Eighty-nine (89) Bed Frame & Matresses | (Unknown) | | (Unknown) |
| 39.3  Fifty-one (51) Desks | (Unknown) | | (Unknown) |
| 39.4  Fifty-one (51) Chairs | (Unknown) | | (Unknown) |
| **41.  Office equipment - *Continued*** | | | |
| 41.2  Fifty-one (51) Refrigerators | (Unknown) | | (Unknown) |
| 41.3  Fifty-one (51) Microwaves | (Unknown) | | (Unknown) |
| 41.4  Fifty-one (51) lamps | (Unknown) | | (Unknown) |
| 41.5  Fifty-one (51) Televisions | (Unknown) | | (Unknown) |

Fill in this information to identify the case:

Debtor name _____ The Everest Hotel Group, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of New York _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| | Column A | Column B |
| --- | --- | --- |
| **2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,004,338.24 | |

Debtor   The Everest Hotel Group, LLC
_____    Case number *(if known)* _____
         Name

| Part 1: | **Additional Page** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | **Column A** | **Column B** |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

**2.1** Creditor's name

Adnan Mujcic d/b/a Greenview Landscaping

**Creditor's mailing address**

525 East Hill Road

Binghamton, NY 13901

**Creditor's email address, if known**

Date debt was incurred    03/13/2018

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No.

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   **1) Adnan Mujcic d/b/a Greenview Landscaping**

   2) Avdo Mujcic d/b/a A&M Construction Co.

   3) CT Corporation System

   4) Leasing Innovations Incorporated

   5) LiftForward, Inc.

   6) New York Business Development Corporation

   7) New York State Department of Labor

   8) Holton BLLC

   9) New York State Department of Taxation and Finance

   10) New York State Department of Taxation and Finance

   11) New York State Department of Taxation and Finance

   12) New York State Department of Taxation and Finance

   13) New York State Department of Taxation and Finance

   14) New York State Department of Taxation and Finance

   15) New York State Department of Taxation and Finance

   16) Rug Fair Commercial and Industrial, Inc.

   17) Tioga County Treasurer

   18) U.S. Small Business Administration

   19) VISIONS Federal Credit Union

Describe debtor's property that is subject to a lien

Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**

Mechanic's Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A amount: $1,800.00

Column B value: $2,550,000.00

**Remarks:** Tioga County Clerk's Office Instrument #2018-00000999

Debtor  The Everest Hotel Group, LLC                                          Case number (if known) _____
        Name

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral**<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**

**Creditor's name**
Avdo Mujcjc d/b/a A&M Construction Co.

**Creditor's mailing address**
525 East Hill Road
Binghamton, NY 13901

**Creditor's email address, if known**

**Date debt was incurred**    03/13/2018

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY
13732-3525

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No.
☐ Yes.

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$40,029.00    |    $2,550,000.00

**Remarks:** Tioga County Clerk's Office Instrument #2018-00000998

**2.3**

**Creditor's name**
CT Corporation System

**Creditor's mailing address**
Attn: SPRS
330 N. Brand Blvd Suite 700
Glendale, CA 91203

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY
13732-3525

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No.
☐ Yes.

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

unknown    |    $2,550,000.00

Debtor    The Everest Hotel Group, LLC
          Name                                                                  Case number *(if known)* _____

| Part 1: | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** Amount of claim. Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim.

**2.4** Creditor's name
Holton BLLC

**Creditor's mailing address**
c/o Alan Pope, Esq.
Coughlin & Gerhart, LLP
P.O. Box 2039
Binghamton, NY 13902-2039

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**
Mortgage Assigned by NYBDC

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $300,000.00     Value of collateral: $2,550,000.00

**2.5** Creditor's name
Leasing Innovations Incorporated

**Creditor's mailing address**
15 Court Square Suite 520
Boston, MA 02108

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**
Junior Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: unknown     Value of collateral: $2,550,000.00

Debtor    The Everest Hotel Group, LLC                                              Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Remarks: Tioga County Clerk's Office Instrument #2018-0002318

**2.6** **Creditor's name**

LiftForward, Inc.

**Creditor's mailing address**

180 Maiden Lane 10th Floor

New York, NY 10038

**Creditor's email address, if known**

_____

Date debt was incurred    02/21/2018

**Last 4 digits of account number**    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No.

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**

Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY
13732-3525

**Describe the lien**

Junior Mortgage

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$257,500.00      $2,550,000.00

Remarks: Tioga County Clerk Instrument #2018-00000710 #2018-00003139

| Debtor | The Everest Hotel Group, LLC | | Case number *(if known)* _____ |
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

| **2.7** | Creditor's name | Describe debtor's property that is subject to a lien | $300,000.00 | $2,550,000.00 |

**Creditor's name**
New York Business Development Corporation

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Creditor's mailing address**
50 Beaver Street
Albany, NY 12207

**Describe the lien**
Mortgage Assigned

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred** 01/24/2014

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines      2.1

**Remarks:** Tioga County Clerk's Office Instrument #2014-00000307

| Debtor | The Everest Hotel Group, LLC | Case number *(if known)* |
|--------|------------------------------|--------------------------|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

| | | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **2.8** | **Creditor's name** | | $16,213.93 | $2,550,000.00 |
|---|---|---|---|---|

New York State Department of Labor

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Creditor's mailing address**

Building 12

W.a. Harriman Campus

**Describe the lien**
Warrant

Albany, NY 12240-0001

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

Date debt was incurred   01/30/2018

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account
number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.1

**Remarks:** Tioga County Clerk's Office Instrument #2018-00000527

Debtor    The Everest Hotel Group, LLC _____    Case number *(if known)* _____
       Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.9** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | unknown | $2,550,000.00 |
|---|---|---|---|---|

**2.9** **Creditor's name**
New York State Department of Taxation and Finance

**Creditor's mailing address**
Attn: Office of Counsel
Building 9

W.A. Harriman Campus

Albany, NY 12240

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**
Warrants against Tenant

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**
unknown

**Value of collateral that supports this claim**
$2,550,000.00

Debtor    The Everest Hotel Group, LLC
_____
          Name                                                    Case number *(if known)* _____

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

| 2.10 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $9,951.00 | $2,550,000.00 |

**2.10**

**Creditor's name**
New York State Department of Taxation and
Finance

**Creditor's mailing address**
Attn: Office of Counsel
Building 9

W.A. Harriman Campus

Albany, NY 12240

**Creditor's email address, if known**
_____

**Date debt was incurred**    05/01/2018

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Remarks:** Tioga County Clerk's Office Instrument #2018-00000782

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY
13732-3525

**Describe the lien**
Warrants against Tenant

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A — $9,951.00

Column B — $2,550,000.00

Debtor     The Everest Hotel Group, LLC                                   Case number *(if known)* _____
           _____
           Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.11** Creditor's name

New York State Department of Taxation and Finance

Creditor's mailing address

Attn: Office of Counsel
Building 9

W.A. Harriman Campus

Albany, NY 12240

Creditor's email address, if known
_____

Date debt was incurred      05/22/2018

Last 4 digits of account
number                 ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines      2.1

Describe debtor's property that is subject to a lien

Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

Describe the lien
_____

Is the creditor an insider or related party?

☑ No
☐ Yes.

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: $117.73

Value of collateral: $2,550,000.00

**Remarks:** Tioga County Clerk's Office Instrument #2018-00000893

Debtor    The Everest Hotel Group, LLC                                    Case number *(if known)* _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.12** Creditor's name
New York State Department of Taxation and Finance

Describe debtor's property that is subject to a lien
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY
13732-3525

Amount of claim: $23,980.61
Value of collateral: $2,550,000.00

Creditor's mailing address
Attn: Office of Counsel
Building 9

W.A. Harriman Campus

Albany, NY 12240

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes.

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred    08/07/2018

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No.

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.1

**Remarks:** Tioga County Clerk's Office Instrument #2018-00001347

Debtor    The Everest Hotel Group, LLC                                          Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

**2.13** **Creditor's name**

New York State Department of Taxation and
Finance

**Creditor's mailing address**

Attn: Office of Counsel
Building 9

W.A. Harriman Campus

Albany, NY 12240

**Creditor's email address, if known**

Date debt was incurred    10/09/2018

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Remarks:** Tioga County Clerk's Office Instrument #2018-00001680

**Describe debtor's property that is subject to a lien**

Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY
13732-3525

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$2,061.18        $2,550,000.00

| Debtor | The Everest Hotel Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.14** **Creditor's name**

New York State Department of Taxation and Finance

**Creditor's mailing address**

Attn: Office of Counsel
Building 9

W.A. Harriman Campus

Albany, NY 12240

**Creditor's email address, if known**

**Date debt was incurred** _____11/20/2018_____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**Remarks:** Tioga County Clerk's Office Instrument #2018-00001890

**Describe debtor's property that is subject to a lien**

Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No.
☐ Yes.

**Is anyone else liable on this claim?**

☑ No.
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| $24,848.98 | $2,550,000.00 |
|---|---|

Debtor    The Everest Hotel Group, LLC

Case number *(if known)* _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim.

| 2.15 | Creditor's name | Describe debtor's property that is subject to a lien | $7,890.83 | $2,550,000.00 |
|---|---|---|---|---|

**2.15** Creditor's name

New York State Department of Taxation and Finance

**Creditor's mailing address**

Attn: Office of Counsel
Building 9

W.A. Harriman Campus

Albany, NY 12240

**Creditor's email address, if known**

_____

Date debt was incurred    03/30/2019

Last 4 digits of account number    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**

Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Remarks:** Tioga County Clerk's Office Instrument #2019-00000471

Debtor    The Everest Hotel Group, LLC       Case number *(if known)* _____
     Name

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16**   **Creditor's name**

Rug Fair Commercial and Industrial, Inc.

**Creditor's mailing address**

3646 George F. Highway

Endicott, NY 13760

**Creditor's email address, if known**

**Date debt was incurred**    01/23/2018

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Describe debtor's property that is subject to a lien**

Two (2) Hotels plus land under restaurant 7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**

Mechanic's Lien - Expired

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | $39,514.17 | $2,550,000.00 |
|---|---|---|

**Remarks:** Tioga County Clerk's Office Instrument #2018-00000287

**2.17**   **Creditor's name**

Tioga County Treasurer

**Creditor's mailing address**

56 Main Street Suite 5

Owego, NY 13827

**Creditor's email address, if known**

**Date debt was incurred**    04/03/2018

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Describe debtor's property that is subject to a lien**

Two (2) Hotels plus land under restaurant 7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**

Warrant

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | $47,704.52 | $2,550,000.00 |
|---|---|---|

| Debtor | The Everest Hotel Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Remarks:** Tioga County Clerk's Office Instrument #2018-00000527

**2.18**

**Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**
224 Harrison Street Suite 506
Syracuse, NY 13202

**Creditor's email address, if known**
_____

**Date debt was incurred**     09/10/2012

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$2,017,000.00        $2,550,000.00

**Remarks:** Tioga County Clerk Office Instrument #2014-00000309

Debtor  The Everest Hotel Group, LLC                                   Case number *(if known)* _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.19**

**Creditor's name**
VISIONS Federal Credit Union

**Creditor's mailing address**
24 McKinley Avenue
Endicott, NY 13760

**Creditor's email address, if known**
_____

**Date debt was incurred**    02/28/2005

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**
Two (2) Hotels plus land under restaurant
7666 State Route 434 # 7662 Apalachin, NY 13732-3525

**Describe the lien**
First Mortgage, Assignment of Leases & UCC-1 Filings

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $3,915,726.29

Column B: $2,550,000.00

**Remarks:** Tioga County Clerk's Office Instrument #2005-00118065-001

Debtor    The Everest Hotel Group, LLC                                    Case number *(if known)* _____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jaclyn A. Weber-Cantrell, Esq.<br>Counsel for Lift Forward<br>Aldridge Pite, LLP<br>40 Marcus Drive Suite 200<br>Melville, NY 11747 | Line 2.6 | ___ ___ ___ ___ |
| Nancy Caple -District Counsel for U.S. Small Business Administration Syracuse District Office<br>224 Harrison Street Suite 506<br>Syracuse, NY 13202 | Line 2.18 | ___ ___ ___ ___ |
| William M. Thomas<br>Counsel for VISIONS<br>Aswald & Ingraham, LLP<br>46 Front Street<br>Binghamton, NY 13905 | Line 2.19 | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name _____ The Everest Hotel Group, LLC _____

United States Bankruptcy Court for the:

_____ Northern District of New York _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| **Internal Revenue Service** | ☑ Contingent | **unknown** | **unknown** |
| **Centralized Insolvency Operation** | ☐ Unliquidated | | |
| **P.O. Box 7346** | ☑ Disputed | | |
| **Philadelphia, PA 19101-7346** | Basis for the Claim: | | |
| Date or dates debt was incurred | | | |
| | Is the claim subject to offset? | | |
| Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| **New York State Department of Taxation & Finance** | ☑ Contingent | **unknown** | **unknown** |
| **Bankruptcy Section** | ☐ Unliquidated | | |
| **P.O. Box 5300** | ☑ Disputed | | |
| **Albany, NY 12205-0300** | Basis for the Claim: | | |
| Date or dates debt was incurred | | | |
| | Is the claim subject to offset? | | |
| Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

Debtor    **The Everest Hotel Group, LLC**
_____     Case number *(if known)* _____
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                          **Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address
American Hotel Register (RMC)

100 South Milwaukee Avenue

Vernon Hills, IL 60061

Date or dates debt was incurred _____

Last 4 digits of account number    4  3  9  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,614.15

---

**3.2** | Nonpriority creditor's name and mailing address
Barbara Ann Smith

120 Springlakes Drive

Augusta, GA 30907

Date or dates debt was incurred _____

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.3** | Nonpriority creditor's name and mailing address
Beth Ann Smith, Esq.

3540 Wheeler Road Suite 611

Augusta, GA 30909

Date or dates debt was incurred _____

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.4** | Nonpriority creditor's name and mailing address
Choice Hotel International Inc.

1 Choice Hotel Circle

Rockville, MD 20850

Date or dates debt was incurred _____

Last 4 digits of account number    Y  3  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$104,926.97

---

**3.5** | Nonpriority creditor's name and mailing address
Choice Hotel International Inc.

1 Choice Hotel Circle

Rockville, MD 20850

Date or dates debt was incurred _____

Last 4 digits of account number    Y  5  5  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$257,610.97

| Debtor | **The Everest Hotel Group, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

**3.6**

**Nonpriority creditor's name and mailing address**

Commtrak

17493 Nassau Commons

Lewes, DE 19958

Date or dates debt was incurred _____

Last 4 digits of account number   1   2   4   1

Remarks: Invoice No. is being used as Account Number here.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$32.57

---

**3.7**

**Nonpriority creditor's name and mailing address**

Elan Financial Services

9321 Olive Boulevard

Saint Louis, MO 63132

Date or dates debt was incurred _____

Last 4 digits of account number   4   1   9   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,783.20

---

**3.8**

**Nonpriority creditor's name and mailing address**

Fire Alarm Services

500 Seneca Street Ste. 400

Buffalo, NY 14204

Date or dates debt was incurred _____

Last 4 digits of account number   __   __   __   __

Remarks: Invoices 32057, 34674 and 37163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$972.00

---

**3.9**

**Nonpriority creditor's name and mailing address**

Gannett Newspapers

7950 Jones Branch Drive

Mc Lean, VA 22102

Date or dates debt was incurred _____

Last 4 digits of account number   9   5   9   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.10**

**Nonpriority creditor's name and mailing address**

Guest Supply

300 Davidson Avenue

Somerset, NJ 08873

Date or dates debt was incurred _____

Last 4 digits of account number   7   9   4   3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$668.10

---

Debtor    **The Everest Hotel Group, LLC** _____    Case number *(if known)* _____
Name

---

## Part 2: Additional Page

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.11** Nonpriority creditor's name and mailing address

Internal Revenue Service

Centralized Insolvency Operation

P.O. Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.12** Nonpriority creditor's name and mailing address

Johnson Controls

7612 Main Street-Fishers Suite 1

Victor, NY 14564

Date or dates debt was incurred _____

Last 4 digits of account number  2  2  9  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$852.12

---

**3.13** Nonpriority creditor's name and mailing address

Kone Inc.

4225 Naperville Road

Lisle, IL 60532

Date or dates debt was incurred _____

Last 4 digits of account number  5  4  3  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$628.04

---

**3.14** Nonpriority creditor's name and mailing address

New Jersey EZ Pass

375 McCarter Highway

Newark, NJ 07114

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: US License Plate No. JCJ4203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$53.60

---

**3.15** Nonpriority creditor's name and mailing address

New York State Department of Taxation and Finance

Attn: Office of Counsel
Building 9

W.A. Harriman Campus

Albany, NY 12240

Date or dates debt was incurred _____

Last 4 digits of account number  2  9  3  2

Remarks: Tax ID 11-3742206, Assessment ID 05122932

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **The Everest Hotel Group, LLC** _____    Case number *(if known)* _____
         Name

---

| **Part 2:** | **Additional Page** |
|---|---|

**3.16**  Nonpriority creditor's name and mailing address
**New York State Department of Taxation and Finance**

Attn: Office of Counsel
Building 9

W.A. Harriman Campus

Albany, NY 12240

Date or dates debt was incurred      _____

Last 4 digits of account number      7  1  7  1
Remarks: Tax ID 11-3742206, Assessment ID 05157171

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$12,562.41

**3.17**  Nonpriority creditor's name and mailing address
**New York State Department of Transportation**

50 Wolf Road

Albany, NY 12232

Date or dates debt was incurred      _____

Last 4 digits of account number      8  4  3  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$290.00

**3.18**  Nonpriority creditor's name and mailing address
**NYSEG**

152 Border City Road

Geneva, NY 14456

Date or dates debt was incurred      _____

Last 4 digits of account number      2  2  1  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$289.63

**3.19**  Nonpriority creditor's name and mailing address
**NYSEG**

152 Border City Road

Geneva, NY 14456

Date or dates debt was incurred      _____

Last 4 digits of account number      2  2  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$240.73

**3.20**  Nonpriority creditor's name and mailing address
**NYSEG**

152 Border City Road

Geneva, NY 14456

Date or dates debt was incurred      _____

Last 4 digits of account number      8  0  7  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$2,741.78

---

Debtor    The Everest Hotel Group, LLC _____    Case number *(if known)* _____
          Name

| **Part 2:** | **Additional Page** |

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,595.00
Peretore Accounting LLC

2701 North Street

Endicott, NY 13760

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8,300.00
Sam's Club

2101 SE Simple Savings Drive

Bentonville, AR 72716-0745

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $96.48
Single Source RGI

1600 Genesee Street 633

Kansas City, MO 64102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number   N  U  0  2

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $16,000.00
Spectrum

400 Atlantic Street Floor 10

Stamford, CT 06901

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number   3  8  0  1

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $22,395.61
Spectrum

400 Atlantic St., Floor 10

Stamford, CT 06901

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number   4  3  0  3

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    The Everest Hotel Group, LLC _____        Case number *(if known)* _____
          Name

## Part 2:  Additional Page

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,487.71 |
| --- | --- | --- | --- |

Town of Owego Utilities

2354 NY-434

Apalachin, NY 13732

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred         _____

Last 4 digits of account number    1   7   0   2

Is the claim subject to offset?
☑ No
☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,154.17 |
| --- | --- | --- | --- |

Workers Compensation Board of New York State

20 Park St

Albany, NY 12207-1611

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred         _____

Last 4 digits of account number    4   1   3   5

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   __The Everest Hotel Group, LLC_____   Case number *(if known)* _____
       Name

## Part 3: List Others to Be Notified About Unsecured Claims

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  David C. Temes | Line __3.3__ | ___ ___ ___ ___ |
|     **Counsel for Beth Ann Smith and Rajumanaar** | ☐ Not listed. Explain _____ | |

Debtor    **The Everest Hotel Group, LLC**
_____    Case number *(if known)* _____
Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.    Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $0.00 |
| 5b. | Total claims from Part 2 | 5b. + | $468,295.24 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $468,295.24 |

Fill in this information to identify the case:

Debtor name _____ The Everest Hotel Group, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of New York _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Perkins Restaurant and Bakery | Rajumaanar Enterprises Corporation |
| | | | c/o David Temes, Esq. Lynn D'Elia Temes & Stanczyk |
| | State the term remaining | 0 months | 100 Madison St. Suite 1095 |
| | List the contract number of any government contract | | Syracuse, NY 13202 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Sale of Two Hotels | Kristen Patel |
| | | | c/o Johnson Sinsoni, Esq. Barclay Damon LLP |
| | State the term remaining | 0 months | 125 East Jefferson Street |
| | List the contract number of any government contract | | Syracuse, NY 13202 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Sale of Perkins Restaurant and Bakery | Rackley S. Wren |
| | | | c/o David Temes, Esq. |
| | State the term remaining | 0 months | 100 Madison St. Suite 1905 |
| | List the contract number of any government contract | | Syracuse, NY 13202 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|
| Debtor name                 The Everest Hotel Group, LLC |
| United States Bankruptcy Court for the:<br>                    Northern District of New York |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Khan, Khazanda Amin | 753 Foster Valley Rd.<br>Street | VISIONS Federal Credit Union | ☑ D<br>☐ E/F<br>☐ G |
| | | Owego, NY 13827<br>City               State     ZIP Code | LiftForward, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| | | | U.S. Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| | | | New York Business Development Corporation | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street<br><br>City               State     ZIP Code | | |
| 2.3 | _____ | Street<br><br>City               State     ZIP Code | | |

Debtor    The Everest Hotel Group, LLC _____    Case number *(if known)* _____
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.4 _____ | Street _____ | | |
| | City _____ State _____ ZIP Code | | |
| 2.5 _____ | Street _____ | | |
| | City _____ State _____ ZIP Code | | |
| 2.6 _____ | Street _____ | | |
| | City _____ State _____ ZIP Code | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name                    The Everest Hotel Group, LLC |
| United States Bankruptcy Court for the: |
| Northern District of New York |
| Case number (if known): _____    Chapter ___11___ |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*...........................................................................    $2,550,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................    $265.46

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................    $2,550,265.46

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    $7,004,338.24

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    +   $468,295.24

4. **Total liabilities**......................................................................................................    $7,472,633.48
    Lines 2 + 3a + 3b

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>The Everest Hotel Group, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Northern District of New York</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM/ DD/ YYYY | to  Filing date | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** | From 01/01/2019<br>MM/ DD/ YYYY | to  12/31/2019<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From 01/01/2018<br>MM/ DD/ YYYY | to  12/31/2018<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM/ DD/ YYYY | to  Filing date | | |
| **For prior year:** | From 01/01/2019<br>MM/ DD/ YYYY | to  12/31/2019<br>MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2018<br>MM/ DD/ YYYY | to  12/31/2018<br>MM/ DD/ YYYY | | |

Debtor    The Everest Hotel Group, LLC _____    Case number *(if known)* _____
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ | _____ | _____ |

Debtor    The Everest Hotel Group, LLC _____          Case number (if known) _____
          Name

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____ <br><br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City            State      ZIP Code | _____ <br> XXXX– ___ ___ ___ ___ | _____ | _____ |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Beth Ann Smith & Barbara Ann Smith v. Rajumaanar Enterprises Corporation, The Everest Hotel Group, LLC and Khanzada Amin Khan <br><br> **Case number** <br> 2019-60708 | Breach of Contract and other claims | Supreme Court of The State of New York County of Tioga <br> Name <br> 20 Court Street <br> Street <br> Tioga County Court House <br> Owego, NY 13827 <br> City            State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | **Case title** <br> Visions Federal Credit Union v. The Everest Hotel Group, LLC, et. al <br><br> **Case number** <br> 2019-60597 | **Nature of case** <br> Foreclosure | **Court or agency's name and address** <br> Supreme Court of The State of New York County of Tioga <br> Name <br> 20 Court Street <br> Street <br> Tioga County Court House <br> Owego, NY 13827 <br> City            State      ZIP Code | **Status of case** <br> ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    The Everest Hotel Group, LLC                                              Case number *(if known)* _____
          Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | | Case number | Street |
| | City          State    ZIP Code | | |
| | | Date of order or assignment | City          State    ZIP Code |

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    The Everest Hotel Group, LLC _____    Case number (if known) _____
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Harris Beach PLLC | Retainer | 08/21/2021 | $2,500.00 |
| | | Retainer | 09/06/2019 | $5,000.00 |
| | **Address** | Payment | 01/29/2020 | $3,000.00 |
| | 333 W. Washington Street Ste. 200 | Retainer | 08/27/2020 | $6,000.00 |
| | Street | Payment towards Chapter 11 Filing | 08/27/2020 | $6,000.00 |
| | | | | |
| | Syracuse, NY 13202 | | | |
| | City            State        ZIP Code | | | |
| | | | | |
| | **Email or website address** | | | |
| | wkinsella@harrisbeach.com | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Harris Beach PLLC | Attorney's Fee | 12/1/2020 | $0.00 |
| | | | | |
| | **Address** | | | |
| | 333 W. Washington Street | | | |
| | Street | | | |
| | | | | |
| | Syracuse, NY 13202 | | | |
| | City            State        ZIP Code | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Rajumanaar | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

| Debtor | The Everest Hotel Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State          ZIP Code | |

---

**Part 8:    Health Care Bankruptcies**

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    The Everest Hotel Group, LLC                                    Case number (if known) _____
          Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State     ZIP Code | | Check all that apply:<br>☐ Electronically<br>☐ Paper |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**
    ☐ No.
    ☑ Yes. State the nature of the information collected and retained.  Guests' names addresses and payment information

       Does the debtor have a privacy policy about that information?
       ☐ No
       ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?
         ☐ No. Go to Part 10.
         ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

       Has the plan been terminated?
       ☐ No
       ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.
    ☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   The Everest Hotel Group, LLC _____   Case number *(if known)* _____

Name

| 18.1 | _____ | XXXX–__ __ __ __ | ☐ Checking | _____ | _____ |
| | Name | | ☐ Savings | | |
| | _____ | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | _____ | | ☐ Other | | |
| | City        State    ZIP Code | | | | |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|------------------------------------|------------------------------|-----------------------------|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | _____ | _____ | |
| | Street | | | |
| | _____ | **Address** | _____ | |
| | _____ | _____ | _____ | |
| | City        State    ZIP Code | _____ | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|------------------------------------|------------------------------|-----------------------------|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | _____ | _____ | |
| | Street | | | |
| | _____ | **Address** | _____ | |
| | _____ | _____ | | |
| | City        State    ZIP Code | _____ | | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    The Everest Hotel Group, LLC _____    Case number (if known) _____
Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| Case number | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

Debtor    The Everest Hotel Group, LLC _____    Case number *(if known)* _____
             Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| | | _____ | |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   Rajumaanar Enterprises Corporation<br>          Name<br>          100 Madison St.<br>          Street<br>          c/o David Temes, Esq. Lynn D'Elia<br>          Temes & Stanczyk<br>          Syracuse, NY 13202<br>          City          State     ZIP Code | _____ | EIN: ___ − __ __ __ __ __ __ __<br><br>Dates business existed<br><br>From _____    To _____ |

**26. Books, records, and financial statements**

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Asif Ghori<br>           Name<br>           25-15 Steinway Street<br>           Street<br><br>           Astoria, NY 11103<br>           City          State          ZIP Code | From _____    To 2016 |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

Debtor    The Everest Hotel Group, LLC                                    Case number *(if known)* _____
          _____
          Name

| Name and address | Dates of service |
|---|---|

**26b.1.**

Name _____        From _____  To _____

Street _____

_____

City _____  State _____  ZIP Code _____

**26c.**   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26c.1.**

Khan, Khazanda Amin
Name                                                _____

753 Foster Valley Rd.                               _____
Street

_____          _____

Owego, NY 13827
City                State        ZIP Code

**26d.**  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**26d.1.**

Name _____

Street _____

_____

City _____  State _____  ZIP Code _____

**27.  Inventories**

Have any Inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

Debtor    The Everest Hotel Group, LLC                                    Case number (if known) _____
           Name

**Name and address of the person who has possession of inventory records**

27.1.  _____
       Name

       _____
       Street

       _____

       _____
       City                    State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Khan, Khazandra Amin | 753 Foster Valley Rd. Owego, NY 13827 | Owner & Managing Member, | 100.00 % |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ <br> To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

Debtor   The Everest Hotel Group, LLC _____   Case number *(if known)* _____
         Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/01/2020
              MM/ DD/ YYYY

**X**   /s/ Khanzada Amin Khan _____
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor
        Sole & Managing Member

Printed name    Khanzada Amin Khan _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☑ Yes

---

Fill in this information to identify the case:

Debtor name       The Everest Hotel Group, LLC

United States Bankruptcy Court for the:

      Northern District of New York

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Hotel Register (RMC) 100 South Milwaukee Avenue Vernon Hills, IL 60061 | | | Disputed | | | $2,614.15 |
| 2 | Choice Hotel International Inc. 1 Choice Hotel Circle Rockville, MD 20850 | | | Disputed | | | $257,610.97 |
| 3 | Choice Hotel International Inc. 1 Choice Hotel Circle Rockville, MD 20850 | | | Disputed | | | $104,926.97 |
| 4 | Elan Financial Services 9321 Olive Boulevard Saint Louis, MO 63132 | | | Disputed | | | $12,783.20 |
| 5 | Fire Alarm Services 500 Seneca Street Ste. 400 Buffalo, NY 14204 | | | Disputed | | | $972.00 |
| 6 | Guest Supply 300 Davidson Avenue Somerset, NJ 08873 | | | Disputed | | | $668.10 |
| 7 | Johnson Controls 7612 Main Street-Fishers Suite 1 Victor, NY 14564 | | | Disputed | | | $852.12 |
| 8 | Kone Inc. 4225 Naperville Road Lisle, IL 60532 | | | Disputed | | | $628.04 |

| Debtor | The Everest Hotel Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  New York State Department of Taxation and Finance<br>Attn: Office of Counsel Building 9<br>W.A. Harriman Campus<br>Albany, NY 12240 | | | Disputed | | | $12,562.41 |
| 10  New York State Department of Transportation<br>50 Wolf Road<br>Albany, NY 12232 | | | Disputed | | | $290.00 |
| 11  NYSEG<br>152 Border City Road<br>Geneva, NY 14456 | | | | | | $2,741.78 |
| 12  NYSEG<br>152 Border City Road<br>Geneva, NY 14456 | | | | | | $289.63 |
| 13  Peretore Accounting LLC<br>2701 North Street<br>Endicott, NY 13760 | | | Disputed | | | $2,595.00 |
| 14  Sam's Club<br>2101 SE Simple Savings Drive<br>Bentonville, AR 72716-0745 | | | Disputed | | | $8,300.00 |
| 15  Spectrum<br>400 Atlantic St., Floor 10<br>Stamford, CT 06901 | | | Disputed | | | $22,395.61 |
| 16  Spectrum<br>400 Atlantic Street Floor 10<br>Stamford, CT 06901 | | | Disputed | | | $16,000.00 |
| 17  Town of Owego Utilities<br>2354 NY-434<br>Apalachin, NY 13732 | | | Disputed | | | $8,487.71 |
| 18  U.S. Small Business Administration<br>224 Harrison Street Suite 506<br>Syracuse, NY 13202 | | Mortgage | Disputed | $2,017,000.00 | $2,550,000.00 | $538,611.95 |
| 19  VISIONS Federal Credit Union<br>24 McKinley Avenue<br>Endicott, NY 13760 | | First Mortgage, Assignment of Leases & UCC-1 Filings | Disputed | $3,915,726.29 | $2,550,000.00 | $3,915,726.29 |
| 20  Workers Compensation Board of New York State<br>20 Park St<br>Albany, NY 12207-1611 | | | Disputed | | | $13,154.17 |

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
### Northern District of New York

**In re**

The Everest Hotel Group, LLC                                      Case No. _____

**Debtor(s)**                                                     Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
    rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . .        $0.00
        Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . .            $0.00
        Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $0.00

2.  The source of the compensation to be paid to me was:
    ☐ Debtor            ☑ Other (specify) Rajumanaar

3.  The source of compensation to be paid to me is:
    ☐ Debtor            ☑ Other (specify) Carve our from sale of Real Estate

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
       of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates
       of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in
        bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/01/2020                          /s/ Wendy A Kinsella
*Date*                              *Signature of Attorney*

                                    Wendy A Kinsella
                                    Bar Number: 508699
                                    Harris Beach PLLC
                                    Harris Beach PLLC
                                    333 W. Washington Street
                                    Syracuse, NY 13202
                                    Phone: (315) 423-7100

Harris Beach PLLC
*Name of law firm*

<u>Addendum to Attorney Fee Disclosure</u>

Harris Beach PLLC's ("Harris Beach") general representation of the Everest Hotel Group, LLC (the "Debtor") has been on-going for approximately 1 ½ years. The Debtor was experiencing financial difficulties and its prime secured lender, Visions Federal Credit Union ("Visions") had commenced a foreclosure action. There were various other litigation cases commenced against the Debtor and its owner/principal, Amin Khan ("Mr. Khan"). The Debtor sought Harris Beach's representation in the negotiations with Visions and attempts to sell the Property as a short sale with certain carve outs to obtain the consent of junior lienholders.

The Debtor had already engaged the services of a real estate broker, Marcus & Millichap in the hopes of finding a buyer to acquire the Property of the Debtor. After many months of marketing, the Debtor presented a $4M offer that was acceptable to Visions and the Debtor. With Visions' approval, Harris Beach negotiated with the various junior lienholders to allow a short sale without a bankruptcy filing. Extensive work toward a closing, including subdivision approval, title and survey work and drafting of reciprocal easement agreements, was undertaken by Thomas P. Rizzuto, Esq. ("Rizzuto"). In spite of tremendous efforts, one junior lienholder refused to cooperate with the sale, and the buyer walked away. Shortly thereafter, COVID-19 hit and the hotel's and restaurant's business deteriorated further.

Marcus & Millichap continued to market the Property for sale. The Debtor was just able to cover its operating expenses. It had not been paying any debt service to Visions and was unable to maintain any payment towards the accumulated attorney's fees. Therefore, continued representation was threatened.   At that time, however, two buyers had been located and negotiations were underway towards a sale of the Debtor's Property that both Visions and the Debtor could agree to. An asset purchase agreement for the 2 hotels at $2.5M was negotiated and the land on which the Perkins restaurant was built is being sold for $50,000.00 to an entity related to the operator and builder of that restaurant. In order to continue to negotiate a sale through a chapter 11 section 363 sale or a plan process, Visions agreed to fund a certain amount of attorneys' fees toward both Harris Beach and Mr. Rizzuto. The Debtor had no available funds to pay accumulated attorney's fees let alone more fees in order to file a chapter 11 bankruptcy. To be able to conduct a sale of the Debtor's Property and have a business for the buyer to continue, to retain jobs and get some return to creditors, a payment of attorneys' fees was negotiated through a carve-out agreement with Visions, which would pay $40,000 to Harris Beach (the "Harris Beach Carve Out") and $30,000 to Mr. Rizzuto towards existing fees and post bankruptcy fees. Payment will be made at the closing on the 2 sale transactions that will be promptly pursued by the Debtor.

At the time of the preparation of the schedules for filing, the Debtor and Mr. Khan had an combined account receivable balance through October 31, 2020 of $38,306.68 (excluding late charges) with Harris Beach. The parties agreed that balance would be split with 50% of the balance being allocated to the Debtor in the amount of $19,153.34 and 50% to Mr. Khan. Additional fees for finalizing the bankruptcy documents after November 17, 2020 in the amount of approximately $6,408.50 were the responsibility of the Debtor. Harris Beach had $6,000.00 in trust that would be applied to $1,717.00 filing fee and $4,283.00 toward the fees incurred in the

1

time leading up to the filing. In order to facilitate the filing and subsequent 363 sale and/or plan process, Harris Beach has agreed to reduce the balance of the Debtor's pre-petition fees to $10,000.00 in accordance with the Small Business Reorganization Act of 2019, which that will be paid from the Harris Beach Carve Out. The balance of $30,000 of the Harris Beach Carve Out will be available to apply to post-petition court approved fees. The balance of the Debtor's pre-petition attorney's fees will be waived.

All of the above will be presented to the Court in affidavit form accompanying the application to appoint Harris Beach as counsel for the Debtor, but it is set forth here as part of the initial fee disclosure so that the Court is aware of the unique circumstances that exist in getting this case filed and to what we hope will be a successful sale procedure.

SCHEDULE B

| DEFENDANT | CAPACITY |
|---|---|
| The Everest Hotel Group, LLC<br>7666 Route 434<br>Apalachin, NY 13732 | Mortgagor and title owner of the premises to be foreclosed by deed dated February 24, 2005 and recorded in the Tioga County Clerk's Office on February 28, 2005 as Instrument #2005-00118065-001. |
| Khanzada Khan<br>853 Forest Hill Road<br>Apalachin, NY 13732 | Guarantor |
| LiftForward, Inc.<br>180 Maiden Lane, 10th Floor<br>New York, NY 10038 | junior mortgagee pursuant to a Mortgage and Security Agreement given by The Everest Hotel Group in the principal amount of $257,500.00, dated February 20, 2017 and recorded in the Tioga County Clerk's Office on February 21, 2018 as Instrument # 2018-00000710 and pursuant to a UCC-1 Financing Statement filed in the Tioga County Clerk's Office on July 23, 2018 as Instrument # 2018-00003139 |
| Rug Fair Commercial and Industrial, Inc.<br>3646 George F. Highway<br>Endwell, NY 13760 | junior lienor pursuant to Notice of Mechanic's Lien against The Everest Hotel Group, LLC in the amount of $39,514.17 and filed in the Tioga County Clerk's Office on January 23, 2018 as Instrument # 2018-00000287 |
| Rajumaanar Enterprises Corporation<br>753 Foster Valley Road<br>Owego, NY 13827 | on information and belief, a tenant of the mortgaged premises pursuant to a lease with The Everest Hotel Group and doing business as Perkins Restaurant and Bakery |
| Avdo Mujcic d/b/a A&M Construction Co.<br>525 East Hill Road<br>Binghamton, NY 13901 | junior lienor pursuant to Notice of Mechanic's Lien against Rajumaanar Enterprises Corporation and Perkins Restaurant and Bakery in the amount of $40,029.00 and filed in the Tioga County Clerk's Office on March 13, 2018 as Instrument # 2018-00000998 |
| Adnan Mujcic d/b/a Greenview Landscaping<br>525 East Hill Road<br>Binghamton, NY 13901 | junior lienor pursuant to Notice of Mechanic's Lien against Rajumaanar Enterprises Corporation and Perkins Restaurant and Bakery in the amount of $1,800.00 and filed in the Tioga County Clerk's Office on March 13, 2018 as Instrument # 2018-00000999 |
| Leasing Innovations Incorporated<br>15 Court Square, Suite 520<br>Boston, MA 02108 | junior lienor pursuant to UCC-1 Financing Statement against Rajumaanar Enterprises Corporation filed in the Tioga County Clerk's Office on June 1, 2018, Instrument # 2018-0002318 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

IN RE: **The Everest Hotel Group, LLC**                                        CASE NO

                                                                             CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____ 12/01/2020 ____        Signature _____ /s/ Khanzada Amin Khan _____
                                                    Khanzada Amin Khan, Sole & Managing Member

**Adnan Mujcic d/b/a
Greenview Landscaping**
525 East Hill Road
Binghamton, NY 13901

**American Hotel Register
(RMC)**
100 South Milwaukee Avenue
Vernon Hills, IL 60061

**Avdo Mujcjc d/b/a A&M
Construction Co.**
525 East Hill Road
Binghamton, NY 13901

**Barbara Ann Smith**
120 Springlakes Drive
Augusta, GA 30907

**Beth Ann Smith, Esq.**
3540 Wheeler Road Suite 611
Augusta, GA 30909

**Choice Hotel International
Inc.**
1 Choice Hotel Circle
Rockville, MD 20850

**Commtrak**
17493 Nassau Commons
Lewes, DE 19958

**CT Corporation System**
Attn: SPRS
330 N. Brand Blvd Suite 700
Glendale, CA 91203

**David C. Temes**
Counsel for Beth Ann Smith and
Rajumanaar


**Elan Financial Services**
9321 Olive Boulevard
Saint Louis, MO 63132


**Fire Alarm Services**
500 Seneca Street Ste. 400
Buffalo, NY 14204


**Gannett Newspapers**
7950 Jones Branch Drive
Mc Lean, VA 22102


**Guest Supply**
300 Davidson Avenuse
Somerset, NJ 08873


**Holton BLLC**
c/o Alan Pope, Esq.
Coughlin & Gerhart, LLP
P.O. Box 2039
Binghamton, NY 13902-2039

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


**Jaclyn A. Weber-Cantrell, Esq.**
Counsel for Lift Forward
Aldridge Pite, LLP
40 Marcus Drive Suite 200
Melville, NY 11747

**Johnson Controls**
7612 Main Street-Fishers Suite 1
Victor, NY 14564


**Khazanda Amin Khan**
753 Foster Valley Rd.
Owego, NY 13827


**Kone Inc.**
4225 Naperville Road
Lisle, IL 60532


**Kristen Patel**
c/o Johnson Sinsoni, Esq.
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY 13202

**Leasing Innovations
Incorporated**
15 Court Square Suite 520
Boston, MA 02108


**LiftForward, Inc.**
180 Maiden Lane 10th Floor
New York, NY 10038


**Nancy Caple -District Counsel
for U.S. Small Business
Administration Syracuse
District Office**
224 Harrison Street Suite 506
Syracuse, NY 13202

**New Jersey EZ Pass**
375 McCarter Highway
Newark, NJ 07114

**New York Business
Development Corporation**
50 Beaver Street
Albany, NY 12207


**New York State Department
of Labor**
Building 12
W.a. Harriman Campus
Albany, NY 12240-0001

**New York State Department
of Taxation & Finance**
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

**New York State Department
of Taxation and Finance**
Attn: Office of Counsel
Building 9
W.A. Harriman Campus
Albany, NY 12240

**New York State Department
of Transportation**
50 Wolf Road
Albany, NY 12232


**NYSEG**
152 Border City Road
Geneva, NY 14456


**Peretore Accounting LLC**
2701 North Street
Endicott, NY 13760


**Rackley S. Wren**
c/o David Temes, Esq.
100 Madison St. Suite 1905
Syracuse, NY 13202

**Rajumaanar Enterprises
Corporation**
c/o David Temes, Esq.
Lynn D'Elia Temes & Stanczyk
100 Madison St. Suite 1095
Syracuse, NY 13202

**Rug Fair Commercial and
Industrial, Inc.**
3646 George F. Highway
Endicott, NY 13760

**Sam's Club**
2101 SE Simple Savings Drive
Bentonville, AR 72716-0745

**Single Source RGI**
1600 Genesee Street 633
Kansas City, MO 64102

**Spectrum**
400 Atlantic Street Floor 10
Stamford, CT 06901

**Spectrum**
400 Atlantic St., Floor 10
Stamford, CT 06901

**Tioga County Treasurer**
56 Main Street Suite 5
Owego, NY 13827

**Town of Owego Utilities**
2354 NY-434
Apalachin, NY 13732

**U.S. Small Business
Administration**
224 Harrison Street Suite 506
Syracuse, NY 13202

**VISIONS Federal Credit Union**
24 McKinley Avenue
Endicott, NY 13760

**William M. Thomas**
Counsel for VISIONS
Aswald & Ingraham, LLP
46 Front Street
Binghamton, NY 13905

**Workers Compensation Board
of New York State**
20 Park St
Albany, NY 12207-1611

## SCHEDULE C

**DEFENDANT**               **CAPACITY**

U.S. Small Business Administration
   224 Harrison Street, Suite 506
   Syracuse, NY 13202

junior mortgage pursuant to a Mortgage and Security Agreement (with Assignment of Leases and Rents) given by The Everest Hotel Group, LLC dba Quality Inn to NYBDC Local Development Corporation in the principal amount of $2,017,000.00, dated September 10, 2012 and recorded in the Tioga County Clerk's Office on September 12, 2012 as Instrument # 2012-00202212-006 and assigned to U.S. Small Business Administration by Assignment of Mortgage, dated January 23, 2014 and recorded in the Tioga County Clerk's Office on January 24, 2014 as Instrument # 2014-=00000309

New York Business Development Corporation
   50 Beaver Street
   Albany, NY 12207

junior mortgage pursuant to a Mortgage, Security Agreement and Assignment of Leases and Rents given by The Everest Hotel Group, LLC in the principal amount of $300,000.00, dated January 23, 2014 and recorded in the Tioga County Clerk's Office on January 24, 2014 as Instrument # 2014-00000307

Tioga County Treasurer
   56 Main Street, Suite 5
   Owego, NY 13827

Warrant against Everest Hotel Group, LLC in the principal amount of $47,704.52,dated March 28, 2018 and filed in the Tioga County Clerk's Office on April 3, 2018 as Instrument # 2018-00000527

New York State Department of Labor
   Building 12
   W.A. Harriman Campus
   Albany, NY 12240 .

Warrant against Rajumaanar Enterprises Corporation in the amount of $16,213.93 with EF # 53-28720 1, dated January 24, 2018 and filed in the Tioga County Clerk's Office on January 30, 2018 as Instrument # 2018-00000527

NYS Department of Taxation and Finance
   ATT: Office of Counsel
   Building 9, W.A. Harriman Campus
   Albany NY 12227

Possible lienor with respect to any and all unpaid franchise and other corporate taxes with respect to defendant The Everest Hotel Group, Inc.

Warrant against Rajumaanar Enterprises Corporation in the amount of $18,866.22 with ID # E-047205277-W001-7, dated January 24, 2018 and filed in the Tioga County Clerk's Office on January 30, 2018 as Instrument # 2018-00000183

SCHEDULE C continued

| DEFENDANT | CAPACITY |
|---|---|

NYS Department of Taxation and Finance
    ATT: Office of Counsel
    Building 9, W.A. Harriman Campus
    Albany NY 12227

Warrant against Rajumaanar Enterprises Corporation in the amount of $9,951.00 with ID # E-047205277-W002-2, dated May 1, 2018 and filed in the Tioga County Clerk's Office on May 8, 2018 as Instrument # 2018-00000782

Warrant against Rajumaanar Enterprises Corporation in the amount of $117.73 with ID # E-047205277-W003-6, dated May 22, 2018 and filed in the Tioga County Clerk's Office on May 30, 2018 as Instrument # 2018-00000893

Warrant against Khanzada A. Khan as a responsible person for Rajumaanar Enterprises Corporation in the amount of $23,980.61 with ID # E-028397164-W002-5, dated August 7, 2018 and filed in the Tioga County Clerk's Office on August 14, 2018 as Instrument # 2018-00001347

Warrant against Rajumaanar Enterprises Corporation in the amount of $2,061.18 with ID # E-047205277-W007-4, dated October 9, 2018 and filed in the Tioga County Clerk's Office on October 15, 2018 as Instrument # 2018-00001680

Warrant against Rajumaanar Enterprises Corporation in the amount of $24,848.98 with ID # E-047205277-W008-8, dated November 20, 2018 and filed in the Tioga County Clerk's Office on November 29, 2018 as Instrument # 2018-00001890

Warrant against Rajumaanar Enterprises Corporation in the amount of $7,890.83 with ID # E-047205277-W011-3, dated March 12, 2019 and filed in the Tioga County Clerk's Office on March 30, 2019 as Instrument # 2019-00000471